BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
   E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRET LEE SMITH ) )  ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) ) Defendant. ) _____ ) | CIVIL NO. 2:12-CV-01765 -EFB<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |

   IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through December 11, 2012, in which to e-file his answer.  This extension is requested because the agency has no yet completed compiling the certified transcript in this case.  Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

1
2
3   Dated:  November 13, 2012                              *Ann M. Cerney*
                                                          *(As authorized via email on November 13, 2012)*
                                                          ANN M. CERNEY
4                                                         Attorney for Plaintiff
5
                                                          BENJAMIN B. WAGNER
6                                                         United States Attorney
                                                          DONNA L. CALVERT
7                                                         Regional Chief Counsel, Region IX
8
    Dated:  November 13, 2012                        By:  */s/ Theophous H. Reagans*
9                                                         THEOPHOUS H. REAGANS
                                                          Special Assistant United States Attorney
10
11  IT IS SO ORDERED.
12  Dated:  November 16, 2012.
                                                          [signature]
13                                                        EDMUND F. BRENNAN
                                                          UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2