1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS CSBN 189450
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13  BRET LEE SMITH,                )
                                   )      CIVIL NO. 2:12-CV-01765-EFB
14         Plaintiff,              )
                                   )
15         v.                      )      STIPULATION FOR EXTENSION
                                   )
16  CAROLYN W. COLVIN,[1]          )
    Acting Commissioner of         )
17  Social Security,               )
                                   )
18         Defendant.              )
    _____    )

19

20         The parties, through their respective counsel, stipulate that defendant's time to respond to

21  plaintiff's opening brief be extended from March 26, 2013 to May 15, 2013.

22         This is the defendant's first request for an extension of time to respond to plaintiff's opening

23  brief.  The defendant needs additional time because of a calendaring error and because defendant has

24  numerous briefs to draft and file during the month of April.

25  ///

26  _____

27        [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted
28  for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this
    suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant apologizes to the Court for the delay and any inconvenience.

Respectfully submitted,

Dated: April 1, 2013

/s/Ann Cerney
(As authorized via email on April 1, 2013)
ANN CERNEY
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX

Dated: April 1, 2013

By:   /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   April 2, 2013.

~~EDWARD~~ EDMUND F. BRENNAN
United States Magistrate Judge