BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRET LEE SMITH, ) | CIVIL NO. 2:12-CV-01765-EFB |
|     Plaintiff, ) | |
|         v. ) | STIPULATION FOR EXTENSION |
| CAROLYN W. COLVIN,[1] ) Acting Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from March 26, 2013 to May 15, 2013.

    This is the defendant's first request for an extension of time to respond to plaintiff's opening brief. The defendant needs additional time because of a calendaring error and because defendant has numerous briefs to draft and file during the month of April.

///

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Defendant apologizes to the Court for the delay and any inconvenience.

Respectfully submitted,

Dated: April 1, 2013            */s/Ann Cerney*
                                *(As authorized via email on April 1, 2013)*
                                ANN CERNEY
                                Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX


Dated: April 1, 2013       By:  */s/ Theophous H. Reagans*
                                THEOPHOUS H. REAGANS
                                Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:  April 2, 2013.

~~EDWARD~~ EDMUND F. BRENNAN
United States Magistrate Judge