BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRET LEE SMITH, | CIVIL NO. 2:12-CV-01765-EFB |
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from May 15, 2013 to June 15, 2013.

    This is the defendant's second request for an extension of time to respond to plaintiff's opening brief.  Counsel for defendant needs additional time to prepare a cross-motion because he has a family emergency (grave illness of a sibling) that has caused counsel to be out of the office for an extended period of time.   Counsel will need to spend additional time out of the office this month.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Counsel apologizes to the Court for the delay and inconvenience this causes the Court.

Respectfully submitted,

Dated: May 13, 2013                    */s/Ann Cerney*
                                       *(As authorized by telephone on May 13, 2013)*
                                       ANN CERNEY
                                       Attorney for Plaintiff


                                       BENJAMIN B. WAGNER
                                       United States Attorney
                                       GRACE M. KIM
                                       Regional Chief Counsel, Region IX


Dated: May 13, 2013          By:       */s/ Theophous H. Reagans*
                                       THEOPHOUS H. REAGANS
                                       Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 14, 2013.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE