BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET LEE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-CV-01765 – EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND EIGHT HUNDRED FIFTY DOLLARS ($5,850.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1    After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, The
2 government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and
3 costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to
4 honor the assignment will depend on whether the fees, expenses and costs are subject to any
5 offset allowed under the United States Department of the Treasury's Offset Program.  After the
6 order for EAJA fees, expenses and costs is entered, the government will determine whether they
7 are subject to any offset.
8    Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the
9 Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
10 the payment of fees, expenses and costs to be made directly to Ann Cerney, pursuant to the
11 assignment executed by Plaintiff, if there is an assignment.  Any payments made shall be
12 delivered to Plaintiff's counsel.
13    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
14 attorney fees, expenses and costs, and does not constitute an admission of liability on the part of
15 Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
16 from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
17 EAJA attorney fees and expenses and costs in connection with this action.
18    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
19 Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.
20
21                                          Respectfully submitted,
22 Dated: July 23, 2014                     */s/Ann Cerney*
                                            ANN CERNEY
23                                          Attorney for Plaintiff
                                            [as authorized by telephone]
24
25 ///
26 ///
27 ///
28

| | | |
|---|---|---|
| Dated: July 23, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: | /s/ Theophous H. Reagans<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 28, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE